```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TIMOTHY SIFFEL, et al.         :      CIVIL ACTION
                               :
         v.                    :
                               :
NFM, INC., et al.              :      NO. 07-cv-05152-JF
```

ORDER

AND NOW, this 23rd day of June 2009, upon consideration of Defendants' motions for summary judgment (Document Numbers 25 and 26), and the responses thereto,

IT IS ORDERED that the motions are GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.  The Clerk is directed to mark the case-file CLOSED.

```
                                   BY THE COURT:


                                   /s/ John P. Fullam
                                   John P. Fullam, Sr. J.
```