```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TIMOTHY SIFFEL, et al.         :       CIVIL ACTION
                               :
       v.                      :
                               :
NFM, INC., et al.              :       NO. 07-cv-05152-JF


                            ORDER
```

AND NOW, this 22nd day of September 2009, upon consideration of Plaintiffs' motion for partial reconsideration (Document Number 42), and the response thereto,

IT IS ORDERED that the motion is DENIED.

```
                                BY THE COURT:


                                /s/ John P. Fullam
                                John P. Fullam, Sr. J.
```